UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIRGINIA PAKENAS,<br>**Plaintiff** | : | CIVIL ACTION NO:<br>3:05CV01374 (CFD) |
| v. | : | |
| THE HARTFORD FIRE<br>INSURANCE CO.,<br>**Defendant** | : | AUGUST ___, 2006 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby voluntarily stipulate and agree that the above-captioned action may be dismissed with prejudice and without costs or attorneys fees to either party.

DATE: 9/13/06

_____
Philip N. Walker, Esq.
Becker & Walker, LLC
101 River Road
Canton, CT 06019
Tel. (860) 246-2466
Fax (860) 860-693-9169
philipnwalker@sbcglobal.net
Attorney for Plaintiff

DATE: 9/26/06

_____
Miguel A. Escalera Jr., ct 07252
Shel D. Myers, ct13581
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
Tel. (860) 493-0870
Fax (860) 493-0871
mescalera@kemlaw.com
smyers@kemlaw.com
Its Attorneys